No. 01–9257. VIVONE v. KEMNA, SUPERINTENDENT, CROSS-ROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 01–9308. SMITH v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 01–9445. DAGUINOTNOT v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied. 

No. 01–9477. DELGADO-BRUNET v. LAPPIN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 01–9528. WORSHAM v. BROWN ET AL. C. A. 4th Cir. Certiorari denied. 

No. 01–9607. MORENO-ROCHA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 01–9615. BUTLER v. RUMSFELD, SECRETARY OF DEFENSE. C. A. 5th Cir. Certiorari denied. 

No. 01–9619. MEJIAS NEGRON v. UNITED STATES. C. A. 1st Cir. Certiorari denied. 

No. 01–9640. BISHAWI v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 01–9642. MORRISON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–9643. MUYET v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–9646. BERNAL-PORTILLO v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 01–9650. CIVERS v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 01–9651. MILLER v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 01–9654. MONTAG v. UNITED STATES. C. A. 8th Cir. Certiorari denied.